[No. 15017–1–I. Division One. July 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEX B. KRIVENKO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–00664–3, Robert W. Winsor, J., entered May 22, 1984. *Reversed* by unpublished opinion per Ringold, J., concurred in by Swanson and Webster, JJ.

[No. 14690–4–I. Division One. July 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DEAN SHIPLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–00303–2, Maurice Epstein, J. Pro Tem., entered April 23, 1984. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Swanson and Webster, JJ.

[No. 6951–2–II. Division Two. July 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GUILLERMO SARABIA, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82–1–00189–6, Alan R. Hallowell, J., entered February 10, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.